1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11 | HEATHER L., [1]

Case No. 2:21-cv-09908-MAR

12 |          Plaintiff,

JUDGMENT

13 |     v.

14 | KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

15 |          Defendant.

16

17
18       It is the judgment of this Court that the final decision of the Commissioner of

the Social Security Administration is **REVERSED**, and the action is **REMANDED**

19
for further proceedings consistent with the Memorandum and Order.

20

21 DATED:  October 03, 2022

22

23                                             _____

24 MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

25

26

27 [1]  Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the
recommendation of the Committee on Court Administration and Case Management of the Judicial
28 Conference of the United States.