Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 308
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Heather Len

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEATHER LEN,<br>       Plaintiff,<br><br>   vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>       Defendant. | Case No.: 2:21-cv-9908-MAR<br><br>[~~PROPOSED~~] ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **SIX THOUSAND FIVE HUNDRED DOLLARS** ($6,500.00) as authorized by 28 U.S.C. § 2412(d) subject to the terms and conditions of the Stipulation.

DATED: November 18, 2022

                                  HON. MARGO A. ROCCONI
                                  United States Magistrate Judge